Schuyler G. Carroll
PERKINS COIE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 262-6900
Facsimile: (212) 977-1649
scarroll@perkinscoie.com

*Attorneys for Marie Egnasko*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| MARIE EGNASKO, | : | Case No. 12-14152 (MKV) |
| Debtor | : | |

| | | |
|---|---|---|
| MARIE EGNASKO, | : | Adversary No. _____ |
| Plaintiff, | : | |
| v. | : | |
| EASTERN SAVINGS BANK, fsb | : | |
| Defendant. | : | |

**ORDER ON DEBTOR'S MOTION TO REINSTATE THE
AUTOMATIC STAY OR, ALTERNATIVELY, FOR A TEMPORARY
<u>RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

Upon the Motion to Reinstate the Automatic Stay or, Alternatively, for a Temporary

Restraining Order and Preliminary Injunction (the "Motion"), filed by the Debtor Marie

Egnasko, and the Court having jurisdiction to consider the Motion; and the relief requested

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

130917874.1

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is

ORDERED, that defendant Eastern Savings Bank, fsb ("ESB") is hereby enjoined from taking any action to sell or otherwise dispose of the Debtor's interest in the Apartment, including the Coop Shares and the Lease, as those terms are defined in the Motion until further Order of the Court, and it is further,

ORDERED, that a hearing on reinstating the automatic stay of 11 U.S.C. § 362 or granting preliminary injunctive relief is set for _____, 2016 at _____.